IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLOS MOORE,

    Petitioner,

v.                                      CASE NO. 1:05-cv-00202-MP-AK

JAMES V CROSBY, JR,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 2, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. Objections to Report and Recommendation were due by January 16, 2006, but none were filed. The Court agrees that jurisdiction is appropriate in either the United States District Court for the Southern District of Florida or in the United States District Court for the Middle District of Florida, as the districts of confinement and conviction, respectively, see 28 U.S.C. § 2241(d), but that jurisdiction is not proper in the Northern District of Florida. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and the Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  *8th*  day of March, 2006

                                   *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge